# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 73.66.1.137,

    Defendant.

Case No.: 2:26-cv-00560-WBS-CKD

**ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including July 20, 2026 to effectuate service of a summons and

1

Order on Plaintiff's Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant
Case No. 2:26-cv-00560-WBS-CKD

Complaint on Defendant.  The Scheduling Conference is reset for **November 2, 2026 at 1:30 p.m.** in Courtroom 5.  A joint status report shall be filed no later than **October 19, 2026** in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed February 23 2026 (Docket No. 2).

**DONE AND ORDERED**.

Dated:  May 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Order on Plaintiff's Application for Extension of Time Within
Which to Effectuate Service on John Doe Defendant
Case No. 2:26-cv-00560-WBS-CKD